◼ In the Matter of SALVATORE A., a Person Alleged to be a Juvenile Delinquent. (Appeal No. 2.)—Order unanimously modified on the law without costs and as modified affirmed, in accordance with same memorandum as in *Matter of Salvatore A.* ([appeal No. 1] 154 AD2d 930 [decided herewith]). (Appeal from order of Erie County Family Court, Sedita, J.—juvenile delinquency.) Present—Denman, J. P., Boomer, Green, Pine and Davis, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS BROOKS, Appellant.—Judgment unanimously affirmed. Memorandum: There is no merit to defendant's claim that the sentencing court erred in failing to honor its sentence agreement. Where, as here, the court expressly makes its commitment to impose a particular sentence subject to certain conditions and defendant violates one of the conditions, the court is no longer bound to the agreement and may impose a greater sentence without offering defendant an opportunity to withdraw his plea *(see, People v Murello,* 39 NY2d 879; *People v Dodson,* 114 AD2d 421, 422; *People v McDaniels,* 111 AD2d 876, 877). In any event, defendant never moved to withdraw his guilty plea and thus has failed to preserve this issue for appellate review *(see, People v Lopez,* 71 NY2d 662). Defendant's remaining claims are likewise without merit. (Appeal from judgment of Monroe County Court, Marks, J.—attempted burglary, second degree.) Present—Dillon, P. J., Callahan, Boomer, Balio and Lawton, JJ.